No. 96–1638. SCOTT *v.* DISTRICT OF COLUMBIA ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–1664. TIN YAT CHIN *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir.  Certiorari denied.

No. 96–1686. FUENTES *v.* UNITED STATES; and
No. 96–8671. LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 100 F. 3d 98.

No. 96–6929. HART *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–7082. BOYD *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–7325. EMBREY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 96–7740. AKUJOROBI *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 96–7924. RIOS *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 96–8144. SHATNER *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 96–8148. HAYNES *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 96–8230. BARLOW *v.* HERRON, SHERIFF, RANDOLPH COUNTY.  C. A. 4th Cir.  Certiorari denied.

No. 96–8232. SOTO-FONG *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 96–8234. LYNCH *v.* BOONE, SHERIFF, CASS COUNTY, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–8239. MACKENZIE *v.* CREAGER.  Sup. Ct. Wash.  Certiorari denied.